1
2
3
4
5
6
7

8          **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    PARTICIA A. McCOLM,                          No.  2:18-CV-2092-MCE-DMC

12                      Plaintiff,

13          v.                                      <u>ORDER</u>

14    STATE OF CALIFORNIA, et al.,

15                      Defendants.

16

17              Plaintiff, who is proceeding pro se, brings this civil action.  Pending before the

18    court is plaintiff's motion for leave to proceed in forma pauperis (Doc. 2).  Plaintiff's complaint,

19    and service thereof by the United States Marshal if appropriate, will be addressed separately.  The

20    Clerk of the Court shall not issue summons or set this matter for an initial scheduling conference

21    unless specifically directed by the court to do so.

22              Plaintiff has submitted the affidavit required by 28 U.S.C. § 1915(a) showing that

23    plaintiff is unable to prepay fees and costs or give security therefor.

24    / / /

25    / / /

26    / / /

27    / / /

28    / / /

                                                    1

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for leave to proceed in forma pauperis (Doc. 2) is granted.


Dated:  September 17, 2018

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE