UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA A. MCCOLM,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>Defendants. | No. 2:18-cv-02092-MCE-CKD (PS)<br><br><br><br>ORDER |

On February 21, 2019, the undersigned recommended that this action be dismissed as duplicative and ordered that "[w]ithin fourteen (14) days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties." (ECF No. 7 at 3.)

On March 4, 2019, plaintiff requested a sixty-day extension of time to file objections. (ECF No. 8.) Plaintiff, who proceeds without counsel, asserts that she requires an extension through May 10, 2019 due to "medical necessity to accommodate limitations of disability/medical condition, [and] to avoid prejudice therefrom." (Id.) Plaintiff also requests judicial notice "of medical verifications/declarations filed under seal in this court" which purportedly support her need for an extension. (Id.) However, plaintiff has failed to indicate where these medical verifications/declarations can be found, as nothing has been filed under seal in the current case.

////

1

1     While the court is sympathetic to plaintiff's medical condition, she has failed to
2 demonstrate good cause as to why she requires sixty additional days to file objections.  The
3 pending findings and recommendations do not involve numerous or complex legal issues.  Rather,
4 the undersigned has recommended closing this case after determining that it is duplicative of
5 McColm v. Trinity County et al., 2:12-cv-01984-MCE-AC, which remains open and before the
6 court.  (See ECF No. 7.)  Nevertheless, based upon plaintiff's limited showing and because she
7 proceeds without counsel, the court will grant plaintiff a two-week extension of time to file
8 objections.
9     Plaintiff has also filed an objection to the assignment of a United States Magistrate Judge
10 for all purposes.  (ECF No. 9.)  However, this case has not been assigned to a Magistrate Judge
11 for all purposes.  Indeed, the court has acknowledged plaintiff's decision to decline the
12 jurisdiction of a Magistrate Judge.  (See ECF No. 4.)
13     At the same time, the Local Rules provide that a Magistrate Judge shall be assigned "all
14 actions in which all the plaintiffs or defendants are proceeding in propria persona [i.e. without
15 counsel], including dispositive and non-dispositive motions and matters."  E.D. Cal. L.R.
16 302(c)(21); see also 28 U.S.C. § 636(b)(1).  Pursuant to this, the assigned Magistrate Judge shall
17 submit findings and recommendations to the assigned United States District Judge for all case
18 dispositive motions and matters, and the District Judge shall make the final determination
19 regarding each such issue.  Therefore, the undersigned has submitted the pending findings and
20 recommendations to United States District Judge Morrison C. England, Jr., who will make the
21 final determination regarding whether this case shall be closed as duplicative.
22     Accordingly, IT IS HEREBY ORDERED that:
23     1. Plaintiff's request for an extension of time (ECF No. 8) is GRANTED IN PART and
24        DENIED IN PART.
25     2. Plaintiff shall have an additional fourteen (14) days until March 25, 2019 to file
26        written objections to the pending findings and recommendations (ECF No. 7).
27 Dated:  March 12, 2019
28

14

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE